IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WALTER SANKEY,

    Plaintiff,

vs.

    Case No. C2-07-958
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Mark R. Abel

CHILDREN'S HOSPITAL INC. OF
    COLUMBUS LONG TERM
    DISABILITY PLAN,

    Defendant.

## ORDER

In light of the Court's Order permitting Plaintiff to amend his complaint, Defendant's Motion to Dismiss (Doc. #9) is **DENIED AS MOOT**.

    IT IS SO ORDERED.

\_\_\_4-2-2008_____
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE